IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| ) | 8:07CR387 |
| Plaintiff,           ) | |
| ) | ORDER |
| vs.           ) | |
| ) | |
| ALFONSO CHACON-CEVALLOS,           ) | |
| ) | |
| Defendant.           ) | |

Defendant's motion to continue the plea hearing (Filing No. 19) is granted.

**IT IS ORDERED** that the Change of Plea hearing is continued to **March 3, 2008** at **2:15 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **February 21, 2008** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 21st day of February, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge